UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| MELTZER, JONATHAN DAVID | § | Case No. 10-03409 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/30/2010 in Courtroom 644,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/27/2010                          By: /s/ Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

<pre>
Case 10-03409   Doc 47   Filed 10/28/10   Entered 10/30/10 23:29:11   Desc Imaged
                         Certificate of Service   Page 2 of 3
</pre>

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: corrinal               Page 1 of 2                   Date Rcvd: Oct 28, 2010
Case: 10-03409                 Form ID: pdf006              Total Noticed: 39

The following entities were noticed by first class mail on Oct 30, 2010.
db           +Jonathan David Meltzer,    520 West Huron Street Apt 502,   Chicago, IL 60654-3439
aty          +Christina M Riepel,   Gregory K. Stern, P.C.,   53 West Jackson Blvd,   Suite 1442,
               Chicago, IL 60604-3536
aty          +Gregory K Stern,    Gregory K. Stern, P.C.,   53 West Jackson Blvd.,   Suite 1442,
               Chicago, IL 60604-3536
aty          +James Hausler,   Gregory K Stern PC,    53 W Jackson Blvd Suite 1442,   Chicago, IL 60604-3536
aty          +Monica C O’Brien,   Gregory K. Stern, P.C.,   53 W Jackson Blvd Ste 1442,
               Chicago, IL 60604-3536
aty          +Richard N Golding,   The Golding Law Offices, P.C.,   The Boyce Building,
               500 North Dearborn Street, Second Floor,   Chicago, IL 60654-3300
tr           +Barry A Chatz,   Arnstein & Lehr,   120 South Riverside Plaza Ste 1200,   Chicago, IL 60606-3910
15030164     +ABMP,   25188 Genesee Trail Road,   Genesee, CO 80401-5702
15030165     +Advantage Management,   750 N. Orleans St., Suite 220,   Chicago, IL 60654-5001
15030166      Bank of America,   7105 Corporate Drive,   Mail Stop TX2-983-03-02,   Plano, TX 75024-4100
15030167     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15030169     +Clock Towers of Waukesha,   100 E. Main St.,   Waukesha, WI 53186-5007
15030171      Direct TV,   po box 9001069,   Louisville, KY 40290-1069
15030172     +Donnie Taylor,   Legacy Property,   1223 Cardinal Way,   Aubrey, TX 76227-7502
15030173     +GMAC Mortgage,   Bankruptcy Dept.,   1100 Virginia Dr.,   Fort Washington, PA 19034-3204
15030174     +Jose Navarro,   100 E. Main St. #318,   Waukesha, WI 53186-5070
16261176     +Mary E. Schario,   fka Suburban Women North Shore,   1490 Westvale Ave,   Akron, OH 44313-6501
15030175     +MetLife,   c/o Martha S. Solomon,   707 Skokie Blvd., Ste. 700,   Northbrook, IL 60062-2842
15030176     +Michael Finnegan,   3102 Kings Road, Apt. 3-305,   Dallas, TX 75219-1359
15030177      National City Bank,   Bankruptcy Dept. Loc # 01-7107,   Brecksville, OH 44141
15030178     +National Life of Vermont,   One National Life Drive,   Montpelier, VT 05604-0001
15030179     +Northern Trust Co.,   50 S. South LaSalle Street,   Chicago, IL 60675-0001
15030180     +People’s Gas,   130 E. Randolph,   Chicago, IL 60601-6302
15030181     +Phoenix Rising,   946 W. Randolph St.,   Chicago, IL 60607-2238
15030182     +Piazza Sienna Condo,   3102 Kings Dr.,   Dallas, TX 75219-1301
15030183     +Richard Owens,   9445 Kenton St., #109,   Skokie, IL 60076-1300
15030184     +Rosen Management,   6310 N. Lincoln Ave,   Chicago, IL 60659-1214
15030186      SPS,   Bankruptcy Dept.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
15030185     +Shelet Williams,   3102 Kings Rd., Apt. 1-205,   Dallas, TX 75219-1323
15030187     +State Farm Insurance,   420 N. Wabash, Ste. 202,   Chicago, IL 60611-3569
15030189     +Transworld Systems,   P.O. Box 1864,   Santa Rosa, CA 95402-1864
16091514    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank N.A.,   P.O. Box 5229,   Cincinnati, OH 45201-5229)
15030191    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank Visa,   P.O. Box 790408,   Saint Louis, MO 63179-0408)
15030192    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/Na Nd,   4325 17th Ave S,   Fargo, ND 58125)
15030190      United Mileage Plus Visa,   Cardmember services,   P.O. Box 15153,   Wilmington, DE 19886-5153
15030194     +Wells Fargo Bank, NA,   MAC X2303-01A,   P.O. Box 14469,   Des Moines, IA 50306-3469

The following entities were noticed by electronic transmission on Oct 28, 2010.
15030170     +E-mail/Text: legalcollections@comed.com                           Com Ed,   Bankruptcy Dept.,
               P.O. Box 87522,   Chicago, IL 60680-0522
15030193     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Oct 29 2010 02:31:53     Verizon Wireless,
               Bankruptcy Dept.,   P.O. Box 3397,   Bloomington, IL 61702-3397
16115536      E-mail/PDF: bankruptcyverizonwireless@afninet.com Oct 29 2010 02:31:57     Verizon Wireless,
               PO Box 3397,   Bloomington, IL 61702-3397
                                                                                                TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15030168      CitiMortgage
15030188    ##+Suburban Woman North Shore,   Attn: Judy Kaplan,   509 W. Old Northwest Hwy., Ste. 230,
               Barrington, IL 60010-6816
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: corrinal           Page 2 of 2              Date Rcvd: Oct 28, 2010
Case: 10-03409                Form ID: pdf006          Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2010**              **Signature:**  *Joseph Speetjens*