UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
MELTZER, JONATHAN DAVID             §      Case No. 10-03409
                                    §
         Debtor(s)                  §
                                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:   CHAPTER 7 ADMIN. FEES   AND CHARGES   (from **Exhibit 4**)  PRIOR CHAPTER   ADMIN. FEES AND   CHARGES (from **Exhibit 5**)  PRIORITY UNSECURED   CLAIMS (from **Exhibit 6**)  GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/BARRY A. CHATZ_____
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JONATHAN D. MELTZER |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America 7105 Corporate Drive Mail Stop TX2-983-03-02 Plano, TX 75024-4100 |  |  |  |  |  |
|  | CitiMortgage |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC Mortgage Bankruptcy Dept. 1100 Virginia Dr. Fort Washington, PA 19034 | | | | | |
| | National City Bank Bankruptcy Dept. Loc # 01-7107 Brecksville, OH 44141 | | | | | |
| | National City Bank po box 5570 Cleveland, OH 44101-0570 | | | | | |
| | Northern Trust Co. 50 S. South LaSalle Street Chicago, IL 60675 | | | | | |
| | SPS Bankruptcy Dept. P.O. Box 65250 Salt Lake City, UT 84165-0250 | | | | | |
| | Wells Fargo Bank, NA MAC X2303-01A P.O. Box 14469 Des Moines, IA 50306-9655 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| GREGORY K. STERN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABMP 25188 Genesee Trail Road Genesee, CO 80401 | | | | | |
| | Advantage Management 750 N. Orleans St., Suite 220 Chicago, IL 60654 | | | | | |
| | Clock Towers of Waukesha 100 E. Main St. Waukesha, WI 53186 | | | | | |
| | Com Ed Bankruptcy Dept. P.O. Box 87522 Chicago, IL 60680 | | | | | |
| | Direct TV po box 9001069 Louisville, KY 40290-1069 | | | | | |
| | Donnie Taylor Legacy Property 1223 Cardinal Way Aubrey, TX 76227 | | | | | |
| | MetLife c/o Martha S. Solomon 707 Skokie Blvd., Ste. 700 Northbrook, IL 60062 | | | | | |
| | National Life of Vermont One National Life Drive Montpelier, VT 05604 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | People's Gas 130 E. Randolph Chicago, IL 60601 | | | | | |
| | Phoenix Rising 946 W. Randolph St. Chicago, IL 60607 | | | | | |
| | Piazza Sienna Condo 3102 Kings Dr. Dallas, TX 75219 | | | | | |
| | Rosen Management 6310 N. Lincoln Ave Chicago, IL 60659 | | | | | |
| | State Farm Insurance 420 N. Wabash, Ste. 202 Chicago, IL 60611 | | | | | |
| | Suburban Woman North Shore Attn: Judy Kaplan 509 W. Old Northwest Hwy., Ste. 230 Barrington, IL 60010 | | | | | |
| | US Bank Visa P.O. Box 790408 Saint Louis, MO 63179-0408 | | | | | |
| | United Mileage Plus Visa Cardmember services P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Verizon Wireless Bankruptcy Dept. P.O. Box 3397 Bloomington, IL 61702 | | | | | |
| 000001 | US BANK N.A. | | | | | |
| 000002 | VERIZON WIRELESS | | | | | |
| 000003 | M SCHARIO FKA SUBURBAN WOMAN NORTH | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-03409 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MELTZER, JONATHAN DAVID | | | Date Filed (f) or Converted (c): | 01/29/10 (f) |
| | | | | 341(a) Meeting Date: | 03/12/10 |
| For Period Ending: | 12/31/11 | | | Claims Bar Date: | 10/07/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RENTAL: 1 BEDROOM 1 BATH CONDO LOCATION: 9445 KENT | 78,000.00 | 0.00 | DA | 0.00 | FA |
| 2. RENTAL: 2 BED 2 BATH CONDO IN ROGERS PARK ILLINOIS | 90,000.00 | 0.00 | DA | 0.00 | FA |
| 3. RENTAL: 1 BED 1 BATH LOCATION: 3102 KINGS DRIVE DA | 85,000.00 | 0.00 | DA | 0.00 | FA |
| 4. RENTAL: 1 BED 1 BATH LOCATION: 3102 KINGS DRIVE DA | 105,000.00 | 0.00 | DA | 0.00 | FA |
| 5. LOCATION: 520 WEST HURON STREET APT 502, CHICAGO I | 300,000.00 | 0.00 | DA | 0.00 | FA |
| 6. BANK ACCOUNT: THE AMOUNT IN MY CHECKING ACCOUNT. X | 200.00 | 200.00 | DA | 0.00 | FA |
| 7. HOUSEHOLD: TV SET LOCATION: 520 WEST HURON STREET | 200.00 | 200.00 | DA | 0.00 | FA |
| 8. COLLECTIBLES: A PICTURE OF ART ON MY WALL. A GIFT | 100.00 | 100.00 | DA | 0.00 | FA |
| 9. PERSONAL CLOTHING LOCATION: 520 WEST HURON STREET | 100.00 | 100.00 | DA | 0.00 | FA |
| 10. INSURANCE: A LIFE/ASSET BUILDING POLICY THE DEATH | 7,500.00 | 7,500.00 | DA | 14,151.71 | FA |
| 11. FINANCIAL ACCOUNT: MUTUAL FUND LOCATION: AMERICAN | 896.17 | 896.17 | DA | 0.00 | FA |
| 12. STATE OF ILLINOIS MASSAGE THERAPY LICENSE | 0.00 | Unknown | DA | 0.00 | FA |
| 13. AUTO: 2004 HONDA ACCORD A LOT OF SCRATCHES 125000. | 4,850.00 | 4,850.00 | DA | 0.00 | FA |
| 14. ANIMALS: MY DOG LOCATION: 520 WEST HURON STREET AP | 0.00 | Unknown | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | DA | 0.58 | FA |
| TOTALS (Excluding Unknown Values) | $671,846.17 | $13,846.17 | | $14,152.29 | $0.00 |

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

WAITING FOR $0 BANK BALANCE STATEMENTS; PREPARE AND FILE FINAL ACCOUNT

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 02/28/11

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Ver: 16.01c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-03409 -PSH | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MELTZER, JONATHAN DAVID | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6537  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5428 | | | |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/08/10 | 10 | NATIONAL LIFE INSURANCE COMPANY ONE NATIONAL LIFE DRIVE MONTPELIER, VT 05604 | INSURANCE PROCEEDS | 1129-000 | 14,151.71 | | 14,151.71 |
| 07/21/10 | 000301 | JONATHAN D. MELTZER 520 WEST HURON APARTMENT 502 CHICAGO, IL 60654 | DEBTOR EXEMPTIONS DEBTOR'S EXEMPTION FROM LIFE INSURANCE POLICY | 8100-002 | | 7,500.00 | 6,651.71 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,651.88 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,652.05 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,652.21 |
| 10/15/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 6,652.29 |
| 10/15/10 | | Transfer to Acct #*******6663 | Final Posting Transfer | 9999-000 | | 6,652.29 | 0.00 |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | | 14,152.29 | 14,152.29 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 6,652.29 | |
| Subtotal | | 14,152.29 | 7,500.00 | |
| Less: Payments to Debtors | | | 7,500.00 | |
| Net | | 14,152.29 | 0.00 | |

Page Subtotals      14,152.29      14,152.29

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-03409 -PSH | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | MELTZER, JONATHAN DAVID | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6663  BofA - Checking Account |
| Taxpayer ID No: | *******5428 | | | |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/15/10 | | Transfer from Acct #*******6537 | Transfer In From MMA Account | 9999-000 | 6,652.29 | | 6,652.29 |
| 11/30/10 | 003001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Chapter 7 Compensation/Fees | 2100-000 | | 1,415.23 | 5,237.06 |
| 11/30/10 | 003002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Chapter 7 Expenses | 2200-000 | | 29.66 | 5,207.40 |
| 11/30/10 | 003003 | Gregory K. Stern<br>53 West Jackson Boulevard<br>Suite 1442<br>Chicago, IL 60604 | ATTORNEY FOR TRUSTEE | 3210-000 | | 1,714.50 | 3,492.90 |
| 11/30/10 | 003004 | US Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | Claim 000001, Payment 23.38271% | 7100-000 | | 3,450.36 | 42.54 |
| 11/30/10 | 003005 | Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702-3397 | Claim 000002, Payment 23.38133% | 7100-000 | | 42.54 | 0.00 |

Page Subtotals    6,652.29    6,652.29

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-03409 -PSH | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | MELTZER, JONATHAN DAVID | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6663  BofA - Checking Account |
| Taxpayer ID No: | *******5428 | | |
| For Period Ending: | 12/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,652.29 | 6,652.29 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 6,652.29 | 0.00 | |
| | | | Subtotal | | 0.00 | 6,652.29 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 6,652.29 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********6537 | 14,152.29 | 0.00 | 0.00 |
| BofA - Checking Account - ********6663 | 0.00 | 6,652.29 | 0.00 |
| | 14,152.29 | 6,652.29 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*